**Order entered November 15, 2018**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-00239-CV

**BARBARA STEGALL, INDIVIDUALLY, AND ON BEHALF OF THE ESTATE OF JOE STEGALL, Appellant**

**V.**

**TML MULTISTATE INTERGOVERNMENTAL EMPLOYEE BENEFITS POOL, INC., AND UMR, INC., Appellees**

**On Appeal from the County Court at Law No. 4**
**Dallas County, Texas**
**Trial Court Cause No. CC-16-05440-D**

## ORDER

On the Court's own motion, we **REMOVE** this appeal from submission on December 18, 2018. The appeal will be resubmitted in the first quarter of 2019.


/s/     DAVID L. BRIDGES
            PRESIDING JUSTICE